CAROLYN M. TRINH (SBN 254422)
ctrinh@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

THOMAS H. ZELLERBACH (SBN 154557)
tzellerbach@orrick.com
JESSE Y. CHENG (SBN 259909)
jcheng@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:  650-614-7400
Facsimile:   650-614-7401

Attorneys for Plaintiff,
MICROSOFT CORPORATION

JS-5/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>EITAN ZVIELY, an individual, MEGAWEB.COM, INC., a Delaware corporation, INTERGO.COM, INC., a Delaware corporation, MEGAGO.COM, INC., a Delaware corporation, MEGASPIDER.COM, INC., a Delaware corporation, and USGO, Inc., a California corporation,  and DOES 1 through 10, Defendants,<br><br>    Defendant.<br><br>MEGAWEB.COM, INC., a Delaware corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Washington corporation<br><br>    Counterdefendant. | Case No.  CV10-02581 ABC (RZx)<br><br>[~~PROPOSED~~] FINAL JUDGMENT AND ORDER OF DISMISSAL |

The Parties having filed a Stipulated Consent Decree and Permanent Injunction and a Stipulation of Dismissal Subject to Consent Decree, the Court hereby orders that, subject to the Consent Decree and Permanent Injunction, all claims and counterclaims in this matter are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated this \_\_6\_\_ day of \_\_\_September\_\_\_, 2011

_____
HON. AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE